Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  19–21521–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Charles Lowe
29 Old Schoolhouse Road
Asbury, NJ 08802
Social Security No.:
xxx–xx–5879
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/14/19
Time:            10:00 AM
Location:            Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 10, 2019
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-21521-MBK
Charles Lowe                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 2          Date Rcvd: Jun 10, 2019
                           Form ID: 132            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2019.
db             +Charles Lowe,   29 Old Schoolhouse Road,   Asbury, NJ 08802-1206
518292263      +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
518292264      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                El Paso, TX 79998)
518292268      +Citibank/Best Buy,   Attn: Bankruptcy,   Po Box 790441,   St. Louis, MO 63179-0441
518292269      +Citicards Cbna,   Citi Bank,   Po Box 6077,   Sioux Falls, SD 57117-6077
518292273      +New Jersey attorney General,   Div. of Law,   Hughes Justice Complex,   25 Market St., Box 112,
                Trenton, NJ 08611-2148
518292275       State of New Jersey, Div of Taxation,   Compliance Enforcement-Bankruptcy Unit,
                50 Barack St., 9th Floor,   PO BOx 245,   Trenton, NJ 08695-0628
518292278      +US Attorney of NJ,   970 Broad Street,   7TH FL.,   Newark, NJ 07102-2527
518292277      +US attorney General,   950 Pensylvania Ave NW,   Washington, DC 20530-0009
518292279      ++WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC X2303-01A,   DES MOINES IA 50328-0001
                (address filed with court: Wells Fargo Bank,   Attn: Bankruptcy,   Po Box 6429,
                Greenville, SC 29606)
518292280      +Wf/preferr,   Attn: Bankruptcy Department,   Po Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 11 2019 00:31:53    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 11 2019 00:31:49    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518292262       E-mail/Text: ebn@americollect.com Jun 11 2019 00:32:00    Americollect,   Po Box 1566,
                Manitowoc, WI 54221
518292266      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2019 00:28:37    Capital One,
                Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518292267      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 11 2019 00:29:18    Capital One Na,
                Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518292270       E-mail/Text: mrdiscen@discover.com Jun 11 2019 00:30:46    Discover Financial,
                Attn: Bankruptcy Department,   Po Box 15316,   Wilmington, DE 19850
518292271      +E-mail/Text: cio.bncmail@irs.gov Jun 11 2019 00:31:08    IRS,   PO Box 7346,
                Philadelphia, PA 19101-7346
518292272      +E-mail/Text: bncnotices@becket-lee.com Jun 11 2019 00:30:56    Kohls/Capital One,
                Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
518292274      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 11 2019 00:32:11    Quicken Loans,
                1050 Woodward Ave,   Detroit, MI 48226-1906
518292276      +E-mail/Text: bankruptcydepartment@tsico.com Jun 11 2019 00:32:28    Transworld Sys Inc/33,
                Attn: Compliance Dept,   Po Box 15630,   Wilmington, DE 19850-5630
                                                                                         TOTAL: 10

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518292265*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank of America,   4161 Piedmont Parkway,   Mail Stop NC4-105-01-40,
                Greensboro, NC 27410)
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                        Signature:  /s/Joseph Speetjens

District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jun 10, 2019
                             Form ID: 132              Total Noticed: 21

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2019 at the address(es) listed below:
       Albert   Russo   docs@russotrustee.com
       Stephen M. Zullo    on behalf of Debtor Charles   Lowe szullo@simonattorneys.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                     TOTAL: 3