Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−21521−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Charles Lowe
    29 Old Schoolhouse Road
    Asbury, NJ 08802

Social Security No.:
    xxx−xx−5879

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/16/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 16, 2020
JAN: bwj

Jeanne Naughton
Clerk

```
                                  United States Bankruptcy Court
                                        District of New Jersey
In re:                                                                             Case No. 19-21521-MBK
Charles Lowe                                                                       Chapter 13
        Debtor                             CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2                  Date Rcvd: Jan 16, 2020
                               Form ID: 148                Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
db             +Charles Lowe,    29 Old Schoolhouse Road,    Asbury, NJ 08802-1206
518292268      +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
518292273      +New Jersey attorney General,    Div. of Law,    Hughes Justice Complex,    25 Market St., Box 112,
                 Trenton, NJ 08611-2148
518424114     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation Bankruptcy,    PO Box 245,
                 Trenton, NJ 08695)
518292275       State of New Jersey, Div of Taxation,    Compliance Enforcement-Bankruptcy Unit,
                 50 Barack St., 9th Floor,    PO BOx 245,    Trenton, NJ 08695-0628
518292278      +US Attorney of NJ,    970 Broad Street,    7TH FL.,    Newark, NJ 07102-2527
518292277      +US attorney General,    950 Pensylvania Ave NW,    Washington, DC 20530-0009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 23:45:56      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 23:45:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: BANKAMER2.COM Jan 17 2020 04:18:00      BANK OF AMERICA N.A.,
                 Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
518292262       E-mail/Text: ebn@americollect.com Jan 16 2020 23:46:02      Americollect,    Po Box 1566,
                 Manitowoc, WI 54221
518320435       EDI: BECKLEE.COM Jan 17 2020 04:18:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
518292263      +EDI: AMEREXPR.COM Jan 17 2020 04:18:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                 El Paso, TX 79998-1540
518292264       EDI: BANKAMER.COM Jan 17 2020 04:18:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
518292265       EDI: BANKAMER.COM Jan 17 2020 04:18:00      Bank of America,    4161 Piedmont Parkway,
                 Mail Stop NC4-105-01-40,    Greensboro, NC 27410
518398123       EDI: BANKAMER.COM Jan 17 2020 04:18:00      Bank of America, N.A.,    PO BOX 31785,
                 Tampa, FL 33631-3785
518292266      +EDI: CAPITALONE.COM Jan 17 2020 04:18:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518317561      +EDI: AIS.COM Jan 17 2020 04:18:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518317562      +EDI: AIS.COM Jan 17 2020 04:18:00     Capital One N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518292267      +EDI: CAPITALONE.COM Jan 17 2020 04:18:00      Capital One Na,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518397085       EDI: BL-BECKET.COM Jan 17 2020 04:18:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
518295863      +E-mail/Text: bankruptcy@cavps.com Jan 16 2020 23:46:11      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
518292269      +EDI: CITICORP.COM Jan 17 2020 04:18:00      Citicards Cbna,    Citi Bank,    Po Box 6077,
                 Sioux Falls, SD 57117-6077
518292270       EDI: DISCOVER.COM Jan 17 2020 04:18:00      Discover Financial,    Attn: Bankruptcy Department,
                 Po Box 15316,    Wilmington, DE 19850
518301189       EDI: DISCOVER.COM Jan 17 2020 04:18:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
518292271      +EDI: IRS.COM Jan 17 2020 04:18:00     IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
518292272      +E-mail/Text: bncnotices@becket-lee.com Jan 16 2020 23:45:09      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
518579402       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 23:51:50      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518579403       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 23:51:05      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
518401268       EDI: PRA.COM Jan 17 2020 04:18:00     Portfolio Recovery Associates, LLC,
                 c/o Best Buy Credit Card,    POB 41067,    Norfolk VA 23541
518411232       E-mail/Text: ebn@americollect.com Jan 16 2020 23:46:01      Progressive Physician Associates,
                 c/o Americollect Inc.,    P.O. Box 1566,    Manitowoc, WI 54221-1566
518292274      +E-mail/Text: bankruptcyteam@quickenloans.com Jan 16 2020 23:46:15      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
518316918      +E-mail/Text: bankruptcyteam@quickenloans.com Jan 16 2020 23:46:15      Quicken Loans, Inc.,
                 635 Woodward Avenue,    Detroit MI 48226-3408
518322038      +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518415611      +EDI: RMSC.COM Jan 17 2020 04:18:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518292276      +E-mail/Text: bankruptcydepartment@tsico.com Jan 16 2020 23:46:29      Transworld Sys Inc/33,
                 Attn: Compliance Dept,    Po Box 15630,    Wilmington, DE 19850-5630
```

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: Jan 16, 2020
                              Form ID: 148             Total Noticed: 40

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518292279      EDI: WFFC.COM Jan 17 2020 04:18:00    Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
                Greenville, SC 29606
518397079      EDI: WFFC.COM Jan 17 2020 04:18:00    Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA  50306-0438
518385245      EDI: WFFC.COM Jan 17 2020 04:18:00    Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
518292280     +EDI: WFFC.COM Jan 17 2020 04:18:00    Wf/preferr,   Attn: Bankruptcy Department,
                Po Box 14517,   Des Moines, IA 50306-3517
                                                                                              TOTAL: 33

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald     on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert   Davidow    on behalf of Creditor    BANK OF AMERICA N.A. nj.bkecf@fedphe.com
              Stephen M. Zullo    on behalf of Debtor Charles  Lowe szullo@simonattorneys.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```